UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:23CV-83-GNS

*Electronically Filed*

VANESSA MACK                                                                                           PLAINTIFF

v.                                            **NOTICE OF REMOVAL**

SAM'S EAST, INC.                                                                                      DEFENDANT

\* \* \* \* \*

Defendant, Sam's East, Inc. ("Sam's") by counsel, states as follows in support of its removal of this action:

1.  There was an action commenced which is now pending in the Warren Circuit Court, Division I, Civil Action No. 23-CI-00360, in which the above-named Vanessa Mack is the Plaintiff and Sam's East, Inc. is the Defendant. (*See* Plaintiff's Complaint, attached as Exhibit 1).

2.  Sam's East, Inc. is now and was at the time of the commencement of this action and at all times pertinent hereto, a corporation organized and incorporated under the laws of Arkansas, with its principal place of business located in Arkansas. For these reasons, Sam's is now, and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of the state of Arkansas, and not a citizen of Kentucky. (*See* Affidavit of Counsel for Sam's, attached as Exhibit 2).

3.  Plaintiff, Vanessa Mack, is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen and resident of the Commonwealth of Kentucky, and not a citizen or resident of Arkansas. (*See* Exhibit 1).

4.  This is a personal injury case. In Plaintiff's Complaint, Plaintiff claims she was struck by a falling object while shopping at the Sam's Club in Bowling Green, Kentucky. (*See*

Exhibit 1). As a result, Plaintiff claims she suffered injuries which caused her to sustain losses and damages by way of medical bills, pain and suffering past and future, future medical bills, lost wages, and impairment to his power to earn money. Sam's could not ascertain whether this case was removable based solely on Plaintiff's Complaint.

5. On April 6, 2023, Sam's sent Plaintiff Requests for Admissions, one of which asked Plaintiff to admit that she would not "seek damages in excess of $75,000, exclusive of interest and costs, at the trial of this matter." (*See* Sam's Request for Admissions, attached as Exhibit 3).

6. On June 1, 2023, Sam's received Plaintiff's Response to Sam's Request for Admission in which Plaintiff stated, "**Plaintiff is without sufficient information to admit or deny this Request. Plaintiff has made reasonable inquiry and the information known or readily obtainable by her is insufficient to enable her to admit or deny. She therefore denies same**." (*See* Plaintiff's Responses to Sam's Request for Admission, attached as Exhibit 4) (emphasis added).

7. Based on the foregoing, Sam's has reason to believe that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. (*See* Exhibit 2).

8. This action involves a controversy between citizens of different states, as the Plaintiff is a resident and citizen of Kentucky, while Sam's East, Inc. is a citizen of the state of Arkansas. The United States District Court is given original jurisdiction in a case in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states. 28 U.S.C. § 1332; 28 U.S.C. § 1446.

9. This Notice is filed within thirty (30) days of Sam's receipt of Plaintiff's Responses to Sam's Requests for Admissions. Notice of Removal is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

10. Copies of all process, pleadings and orders served on Sam's as of the date of the filing of this Notice of Removal are attached hereto as Exhibit 5.

11. Written notice of the filing of this Notice of Removal and exhibits hereto were served upon Plaintiff's counsel via U.S. Mail on June 27, 2023.

WHEREFORE, Defendant Sam's East, Inc. prays it may effect the removal of this action from the Warren Circuit Court to this Court and for all other appropriate procedures.

Respectfully submitted,

*/s/ M. Grant Grissom*
CHRISTOPHER R. CASHEN
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
christopher.cashen@dinsmore.com

and

M. GRANT GRISSOM
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone: (502) 540-2300
grant.grissom@dinsmore.com

*Counsel for Defendant Sam's East, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and a true and correct copy of the foregoing has been served upon the following, by U.S. Mail, on this the 27th day of June, 2023:

Justin B. May
John M. Ritter
Dixie Law Group, PSC
4919 Dixie Highway, Ste. B
Louisville, KY 40216
jmay@dixielawgroup.com
jritter@dixielawgroup.com

*Counsel for Plaintiff*

                                            */s/ M. Grant Grissom*
                                            *Counsel for Defendant Sam's East, Inc.*

27214765.1