UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CASE NO: 1:23-CV-00083-GNS-HBB

VANESSA MACK     PLAINTIFF

v.     **AGREED ORDER OF DISMISSAL**

SAM'S EAST, INC.     DEFENDANT

\* \* \* \* \*

Plaintiff, Vanessa Mack ("Plaintiff") and Defendant, Sam's East, Inc. ("Sam's"), having reached an agreement concerning all of Plaintiff's claims against Sam's, and the Court having fully considered same and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED AND ADJUDGED** that all of Plaintiff's claims against Sam's are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

There being no just cause for delay, this Order is final and appealable.

So ordered this: November 28, 2023

Greg N. Stivers, Chief Judge
United States District Court

HAVE SEEN AND AGREED TO:

*/s/ John M. Ritter* (with permission)
JUSTIN B. MAY
JOHN M. RITTER
*Counsel for Plaintiff*

*/s/ M. Grant Grissom*
CHRISTOPHER R. CASHEN
M. GRANT GRISSOM
*Counsel for Defendant*